UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------ x

| | |
|---|---|
| **IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **3:09-md-02100-DRH-PMF**<br><br>**MDL No. 2100** |

------------------------------------------------------------

**Judge David R. Herndon**

*Teske v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:11-cv-13461-DRH-PMF

*Harrowby et al v. Bayer Corporation et al* No. 3:12-cv-10611-DRH-PMF[1]

*Callis v. Bayer Healthcare Pharmaceuticals Inc. et al* No. :12-cv-10710-DRH-PMF

*City v. Bayer Corporation et al* No. 3:12-cv-10818-DRH-PMF

*Karr v. Bayer Corporation et al* No. 3:12-cv-10999-DRH-PMF

*Mitchell v. Bayer Healthcare Pharmaceuticals, Inc. et al* No. 3:13-cv-10535-DRH-PMF

*Morgan v. Bayer Healthcare Pharmaceuticals, Inc. et al* No. 3:14-cv-10197-DRH-PMF

*Taylor v. Bayer Corporation et al* No. 3:10-cv-13820-DRH-PMF

*Winnick et al v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:11-cv-12100-DRH-PMF[2]

*Worthington et al v. Bayer Pharmaceuticals Corporation et al* No. 3:11-cv-12959-DRH-PMF[3]

*Pinera v. Bayer Corporation et al* No. 3:12-cv-

---

[1] This Order applies to plaintiff Kristin Harrowby.
[2] This Order applies to plaintiff Jennifer Gibbs.
[3] This Order applies to plaintiff Kristina Tindall.

10727-DRH-PMF

*Eppes et al v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:12-cv-10893-DRH-PMF[4]

*Edwards v. Bayer Corporation et al* No. 3:12-cv-10997-DRH-PMF

*Scott et al v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:13-cv-10548-DRH-PMF[5]

*Robinson v. Bayer Healthcare Pharmaceuticals Inc et al* No. 3:13-cv-10575-DRH-PMF

*Rudell v. Bayer Healthcare Pharmaceuticals Inc et al* No. 3:10-cv-10334-DRH-PMF

*Martin v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:10-cv-13713-DRH-PMF

*Gomez v. Bayer Corporation et al* No. 3:11-cv-10402-DRH-PMF

*Harding v. Bayer Healthcare Pharmaceuticals Inc et al* No. 3:11-cv-12614-DRH-PMF

*Wilson v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:12-cv-10446-DRH-PMF

## ORDER GRANTING LEAVE TO WITHDRAW

**HERNDON, District Judge:**

This matter is before the Court on movants' motions to withdraw as counsel of record for the above captioned plaintiffs. The Court finds that the requirements of Local Rule 83.1 and of the applicable provisions of the Rules of Professional Conduct pertaining to withdrawal of counsel have been satisfied in each case. The motions are therefore **GRANTED.**

---

[4] This Order applies to plaintiff Kenya Smith.
[5] This Order applies to plaintiffs Connie Scott and Latanya Sims.

**FURTHER,** the Court **DIRECTS MOVANTS to serve a copy of this order of withdrawal within 7 days** upon all counsel of record and upon unrepresented parties as required by Local Rule 83.1.

**FURTHER, the Court ORDERS as follows as to each plaintiff:**

1. **Supplementary Entry of Appearance:** Should plaintiff choose to continue pursuing this action, plaintiff or her new counsel **must file a supplementary entry of appearance within 21 days of the entry of this Order**.

2. **If plaintiff or her new counsel fails to file a supplementary entry of appearance within 21 days of the entry of this Order, plaintiff's action will be subject to dismissal without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute or to comply with the orders of this Court.**

3. **Further, if after 21 days of the entry of this order, the plaintiff is not in compliance with the requirements any court rule or order (including applicable MDL case management orders), the plaintiff's action may be subject to dismissal, including dismissal WITH prejudice.**

**IT IS SO ORDERED.**

Signed this 7th day of December, 2015.

Digitally signed by Judge David R. Herndon
Date: 2015.12.07 09:43:42 -06'00'

**United States District Judge**